IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>counsel: Jana Harris<br>counsel:<br><br>vs<br><br>**FRANK M. BUTTS**<br>counsel: John Wesley Hall<br>counsel: | Judge : Bill Wilson<br>Reporter: E. Hinson<br>Clerk: M. Johnson<br>Interpreter:<br>USPO: S. Earsa<br><br>Date: July 8, 2009<br><br>CASE NO: 4:08CR00067-01 |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

Begin: 2:18 p.m.                                                                                   End: 3:50 p.m.

Court calls cases and reviews to present; deft counsel makes opening statement; Gov't exhibits 1-7 admitted and received; deft presents testimony; rebuttal testimony by Gov't; Court finds violations occurred; Revocation granted; 9 months BOP; 2 years SR to follow; Restitution $556,240; medical facility or Texarkana recommended. (Exhibits returned to AUSA)

Court in recess.

CourthearingMinutes.Revo.wpd

# United States District Court

**Eastern** DISTRICT OF **Arkansas**
**Western** DIVISION

USA
v.
Frank Butts

EXHIBIT LIST

CASE NUMBER: 4:08CR00067-01-WRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bill Wilson | Jana Harris | John Hall |
| TRIAL DATE(S): 7/8/09 | COURT REPORTER: E. Hinson | COURTROOM DEPUTY: J. Johnson |

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | rec'd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | | | | 7/8 | Deposition Transcript |
| 2 | | | | | 7/8 | Butts Revocable Trust |
| 3 | | | | | 7/8 | Regions Bank Statement |
| 4 | | | | | 7/8 | Bank of America Statement |
| 5 | | | | | 7/8 | Bank of America Statement |
| 6 | | | | | 7/8 | Bank of America Statement |
| 7 | | | | | 7/8 | Net Worth Statement |
| 8 | | | | | 7/8 | Professional Service Agreement |