IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                  4:08CR00067-01-WRW

FRANK M. BUTTS

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of nine (9) months at a designated Medical Bureau of Prisons facility. If the defendant does not meet the criteria for a Medical facility, the Court recommends he be placed at the correctional facility in Texarkana, Texas. The defendant will be placed on supervised release for a term of 2 years to follow incarceration. The defendant will be required to disclose financial information on request of the U.S. Probation Office, including but not limited to, loans, lines of credit, tax returns, any records of any business of which he may be associated. No new lines of credit will be established without prior approval of the probation office until all criminal penalties have been satisfied. He will be required to actively reveal to the U.S. Probation Office any business or businesses with which he may be associated. Restitution in the amount of $556,240 is mandatory and payable to Medicare during incarceration and supervised release. The payment requirement of $1,000.00 per month is continued until otherwise ordered by the Court. Interest is waived.

All remaining conditions previously imposed remain in full force and effect.

IT IS SO ORDERED this 13th day of July, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Butts..wpd